**Jeffrey K. ROBLES, Petitioner**

v.

**SECURITIES AND EXCHANGE COMMISSION, Respondent.**

**No. 09–1293.**

United States Court of Appeals, District of Columbia Circuit.

Dec. 30, 2010.

Jeffrey K. Robles, Kingston, MA, pro se.

John Wallace Avery, Senior Litigation Counsel, Dominick V. Freda, Senior Counsel, David M. Becker, Esquire, General Counsel, Dimple Gupta, Jacob H. Stillman, Securities and Exchange Commission, Washington, DC, for Respondent.

338

BEFORE: HENDERSON, GARLAND, and BROWN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This petition for review of an order of the Securities and Exchange Commission was considered on the briefs and appendices filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the petition for review be denied. The Commission's order imposing remedial sanctions on petitioner was not arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law. *See Dearlove v. SEC,* 573 F.3d 801, 804 (D.C.Cir.2009), *citing* 5 U.S.C. § 706(2)(A), and *Nat'l Rural Elec. Coop. Ass'n v. SEC,* 276 F.3d 609, 614 (D.C.Cir. 2002). Moreover, the Commission's factual findings were well-supported by substantial evidence. *See Dearlove,* 573 F.3d at 804, *citing* 15 U.S.C. § 78y(a)(4), and *Steadman v. SEC,* 450 U.S. 91, 96 n. 12, 101 S.Ct. 999, 67 L.Ed.2d 69 (1981).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.